In the Matter of the Application for the Voluntary Dissolution of the AUTOMATIC CHAIN COMPANY.

ELWOOD GRISSINGER, Appellant; MICHAEL B. RYAN, Respondent.

Reported below, 134 App. Div. 863.
(Argued March 14, 1910; decided March 22, 1910.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 19, 1909, which affirmed an

order of Special Term granting a motion to set aside a former order dissolving the Automatic Chain Company.

The motion was made upon the grounds that the order of Special Term was discretionary, did not finally determine the proceeding and was, therefore, not appealable to the Court of Appeals.

*William Burnett Wright, Jr.*, for motion.

*Joseph G. Dudley* opposed.

Motion denied, with ten dollars costs.